UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,　　　　　　　　　　　　Case No.: 22MC51304
V　　　　　　　　　　　　　　　　　　　Hon. Robert H. Cleland

HADY ZEHTABZADEH,

        Defendant,
and

STATE OF MICHIGAN
DEPARTMENT OF TREASURY,

        Garnishee.
_____/

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, Plaintiff, makes an application in accordance with 28 U.S.C. 3205(b)(1) and 18 U.S.C. 3613(a) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the Defendant, Hady Zehtabzadeh, Social Security Number ***-**-1447, whose last known address is: 48401 Commonview Dr., Shelby Township, MI 48317, in Case No.: 2:15CR20263 001 in the amount of $460,342.10, plus post judgment interest at the rate of 0%.  The sum of $201,358.34  has been credited to the

judgment debt, leaving a total balance due of $258,983.76[1] (without the post-judgment accrual of interest) as of August 10, 2022.  Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from August 10, 2022, and debtor has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is nonexempt interest of the debtor.

The name and address of the Garnishee or his authorized agent is:

>   Michigan Department of Treasury
>   Third Party Withholding Unit
>   P.O. Box 30785
>   Lansing, Michigan 48909

>   Respectfully submitted,

>   DAWN N. ISON
>   United States Attorney

>   By:   /s/ JACQUELINE M. HOTZ
>   Assistant U.S. Attorney
>   211 W. Fort St., Ste. 2001
>   Detroit, Michigan 48226
>   Phone: (313) 226-9108
>   E-mail: jackie.hotz@usdoj.gov

Dated: August 10, 2022          Michigan Bar No.: P35219

bw

---

[1]  Hady Zehtabzadeh was ordered to pay restitution jointly and separately with co-conspirators in criminal case 2:15CR20263.  After receiving partial credit for payments made by co-conspirators, Hady Zehtabzadeh's total amount due is reflected in the balance stated above.